**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. 1:23CR-067 |
| Plaintiff, | : | JUDGE Hopkins |
| | : | |
| | : | **INDICTMENT** |
| v. | : | |
| | : | |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | 18 U.S.C.§ 922(o) |
| **ELHANAN PITTMAN,** | : | **NOTICE OF FORFEITURE** |
| | : | |
| Defendant. | : | |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**

**(Possession by a Prohibited Person)**

On or about June 8, 2023, in the Southern District of Ohio and elsewhere, the defendant, **ELHANAN PITTMAN**, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, that being: Glock model 17, 9mm caliber handgun, serial number AAMC928 and a Glock model 27, .40 caliber handgun, serial number YVM712 with an extended magazine loaded with 22 rounds of ammunition, and the firearms and ammunition were in and affecting commerce.

**In violation of 18 U.S.C. § 922(g)(1).**

**COUNT TWO**

**(Illegal Possession of a Machine Gun)**

On or about June 8, 2023, in the Southern District of Ohio, the defendant, **ELHANAN PITTMAN,** knowingly possessed a machine gun, as defined in 18 U.S.C.§ 921(a)(23), that is, a Glock model 27, .40 caliber handgun, serial number YVM712 firearm with an extended magazine loaded with 22 rounds of ammunition with a metal component attached to the rear of the firearm,

modified to fire automatically more than one shot without manual reloading by a single function of the trigger.

**In violation of 18 U.S.C.§ 922(o), 921(a)(23) and 924(a)(2)**

## FORFEITURE ALLEGATION

Upon conviction of the offenses set forth in Counts One or Two of this Indictment, the defendant, **ELHANAN PITTMAN**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation including, but not limited to, a Glock model 17, 9mm caliber handgun, serial number AAMC928 and a Glock model 27, .40 caliber handgun, serial number YVM712 with an extended magazine loaded with 22 rounds of ammunition and possessing a metal component attached to the rear of the firearm. with any attachments and ammunition.

A TRUE BILL.

/S/
GRAND JURY FOREPERSON

KENNETH L. PARKER
UNITED STATES ATTORNEY

TIMOTHY D. OAKLEY
ASSISTANT UNITED STATES ATTORNEY