# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 1:23CR067 |
| ELHANAN PITTMAN, | : | Judge Hopkins |
| Defendant. | : | |

## SENTENCING MEMORANDUM

Now comes the Defendant, ELHANAN PITTMAN, by and through counsel, and hereby submits this sentencing memorandum for the Court's consideration in sentencing.

The parties in this case agreed in a plea agreement pursuant to Fed. R. Crim. P. 11(c)(1)(C) to a sentence of 78 months (6 1/2 years). The parties have both requested that the Court impose this sentence at the time of sentencing in this matter.

The probation department noted one discrepancy in the sentencing guidelines insofar as it scored Mr. Pittman's prior conviction for Ohio Aggravated Robbery as a crime of violence. This drove Mr. Pittman's offense level up from 21(as agreed by the parties) to 25. Since the filing of the Final PSR however, the Sixth Circuit rendered its decision in United States v. Ivy, 93 F. 4th 937 (6th Cir. 2024). In Ivy, the court held that Ohio Aggravated Robbery is not a crime of violence. Presumably, the probation department would now adhere to this published, mandatory Sixth Circuit precedent. As such, the correct guideline application is Offense Level 21 at criminal history category VI, which yields a guideline range of 77-96 months. The agreed sentence of 78 months is within this properly calculated range and is thus presumed reasonable.

Mr. Pittman has requested counsel to raise two additional issues. First, Mr. Pittman would like to request that the Court run his State of Ohio Parole sentence of 9 months incarceration concurrently with his federal sentence. The probation officer noted in paragraph 68 of the PSR that, "[a]ccording to his parole officer, Pittman faces a mandatory 270-day prison sanction due to possessing the firearms involved in the instant offense." Because both sentences arise out of the same conduct, Mr. Pittman submits that a concurrent sentence is appropriate. Second, Mr. Pittman has requested that counsel request a voluntary surrender at the time of sentencing so that he may spend time with family before going to serve this lengthy sentence. His parole holder has now been resolved so he has no other matters detaining him other that the present case.

Based on the foregoing, Mr. Pittman respectfully requests that the Court impose a sentence of 78 months imprisonment as anticipated by the plea agreement in this case.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

*s/ Richard Monahan*
Richard Monahan (0065648)
First Assistant Federal Public Defender
250 E. 5th Street, Suite 350
Cincinnati, Ohio 45202
(513) 929-4834

Attorney for Defendant
Elhanan Pittman

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Tim Oakley, Assistant United States Attorney, via Electronic Case Filing, on this 13th day of January, 2025.

*s/ Richard Monahan*
Richard Monahan